UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JASON JACKSON                                                                          CIVIL ACTION

V.

MURPHY PAUL, ET AL.                                                          NO. 23-1591-JWD-EWD

## MOTION TO STAY PROCEEDINGS

**NOW INTO COURT**, through undersigned counsel, comes the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), who seeks a stay of proceedings herein pending the resolution of the criminal proceedings against the plaintiff as follows:

1.

On November 13, 2023, Plaintiff filed his *Complaint* herein alleging various federal claims of deprivations of constitutional rights and state law claims arising from the facts and circumstances of his arrest on May 10, 2023.

2.

On November 30, 2023, a criminal proceeding was initiated and is presently pending against Plaintiff, *inter alia*, for the aforementioned arrest. *Referring to U.S.A. v. Pennywell, et al.*; Docket No. 3:23-cr-00052-JWD-EWD-5; United States District Court for the Middle District of Louisiana.

3.

Undersigned has been made aware of the pending criminal matter related herein against Plaintiff.

4.

Plaintiffs' allegations of constitutional violations would, if true, necessarily implicate the validity of the pending charges against him and any potential convictions that might result.

5.

Such allegations cannot proceed under § 1983 at this time. *See Hudson v. Hughes,* 98 F.3d 868, 872–73 (5th Cir.1996) (holding that *Heck* precluded proceeding on the plaintiff's allegations of excessive force and false arrest because, if successful, they would call into question the validity of the plaintiff's conviction).

6.

The City/Parish respectfully requests that this matter in its entirety be stayed pending the resolution of the criminal proceeding, such that all deadlines and scheduled conferences be continued and reset at a later date in conjunction with the relief sought herein.

7.

Counsel for all parties have been contacted, and Plaintiff objects to this request.

**WHEREFORE**, the City/Parish, defendant, prays that this motion be granted and that this Court issue an order temporarily staying this civil proceeding pending the resolution of the related criminal proceeding.

**FURTHER**, the City/Parish respectfully request that all deadlines and conferences be stayed and reset at a later time in conjunction with the relief sought herein.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

RESPECTFULLY SUBMITTED:
A. GREGORY ROME
PARISH ATTORNEY

**/s/ Michael P. Schillage**
**David M. Lefeve (#20920)**
**Director of Litigation and Risk Management**
**Michael P. Schillage (#35554)**
**Sr. Special Assistant Parish Attorney**
222 St. Louis Street, Suite 902
Baton Rouge, Louisiana 70802
Telephone:   (225)   389-3114
Facsimile:   (225)   389-8736
Email:        dlefeve@brla.gov
              mschillage@brla.gov
*Attorneys for the City of Baton Rouge/Parish of East Baton Rouge*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 11th day of April, 2024.

             /s/ Michael P. Schillage
            **MICHAEL P. SCHILLAGE**