**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JASON JACKSON** | **CIVIL NO. 3:23-CV-1591** |
| **Plaintiff** | **JUDGE JOHN W. DEGRAVELLES** |
| **VERSUS** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |
| **MURPHY PAUL, in his official capacity, TAFARI BEARD, in his individual capacity, STEVEN NEVELS, in his individual capacity, BATON ROUGE POLICE DEPARTMENT JOHN DOES 1-2, in their individual capacities, CITY OF BATON ROUGE and PARISH OF EAST BATON ROUGE** | |
| **Defendants** | |

## DEFENDANT MURPHY PAUL'S FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant, Murphy Paul (hereinafter "Defendant Paul"), who respectfully requests that this Court grant his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  As set forth in the attached Memorandum in Support, Plaintiff Jason Jackson's claims against Defendant Paul should be dismissed in their entirety, with prejudice.

WHEREFORE, Defendant Paul, through undersigned counsel, respectfully prays that this motion be granted.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.

By: /s/ Grant L. Willis
    Michael S. Walsh, Bar #08500
    Grant L. Willis, Bar #34820
    Taylor, Porter, Brooks & Phillips, LLP
    450 Laurel Street, 8th Floor (70801)
    Post Office Box 2471
    Baton Rouge, Louisiana 70821-2471
    Telephone: (225) 387-3221
    Facsimile:  (225) 346-8049
    Email: michael.walsh@taylorporter.com
          grant.willis@taylorporter.com

***Attorneys for Defendant Murphy Paul***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT MURPHY PAUL'S MOTION TO DISMISS** was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 8th day of May 2026.

/s/ Grant L. Willis
Grant L. Willis

2