UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON JACKSON | CIVIL NO. 3:23-CV-1591 |
| Plaintiff | JUDGE JOHN W. DEGRAVELLES |
| VERSUS | MAGISTRATE JUDGE ERIN WILDER-DOOMES |
| MURPHY PAUL, in his official capacity, TAFARI BEARD, in his individual capacity, STEVEN NEVELS, in his individual capacity, BATON ROUGE POLICE DEPARTMENT JOHN DOES 1-2, in their individual capacities, CITY OF BATON ROUGE and PARISH OF EAST BATON ROUGE | |
| Defendants | |

## ORDER

Considering *Defendant Murphy Paul's Motion to Dismiss* and *Memorandum in Support*,

IT IS ORDERED that the Motion is hereby GRANTED and all claims asserted against

Defendant Murphy Paul are DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana this _____ day of _____, 2026.

_____

HONORABLE ERIN WILDER-DOOMES, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1