# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASON JACKSON** | * | **CIVIL ACTION NO. 23-1591** |
| | * | |
| **Plaintiff** | * | **JUDGE DEGRAVELLES** |
| | * | |
| **VERSUS** | * | **MAG. WILDER-DOOMES** |
| | * | |
| **MURPHY PAUL, ET AL** | * | **A JURY IS DEMANDED** |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Defendants, Tafari Beard (hereinafter "Officer Beard"), the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), Murphy Paul in his official capacity ("Paul"), and Steven Nevels ("Nevels"), who respectfully moves this Court dismiss all Plaintiff's claims against them pursuant to Federal Rule 12(b)(6) and *Heck v. Humphrey*,[1] for the reasons set forth in the attached Memorandum in Support.[2]

**WHEREFORE,** Defendants respectfully pray this Court grant their motion and dismiss, with prejudice, all of Plaintiff's claims against them.

Respectfully submitted:

 /s/Kyle P. Kirsch_____
KYLE P. KIRSCH (#26363)
SAMUEL J. PETERSON (#41895)
NOAH C. ORMOND (#41888)
WANEK KIRSCH LLC
1340 Poydras Street, Suite. 2000

---

[1] 512 U.S. 477, 114 S.Ct. 2364 (1994).

[2] Defendants note this motion was not filed on May 6, 2026 as indicated in the Joint Status Report because Plaintiff filed a request for an extension to file amended pleadings (R. Doc. 73) and the court instructed Plaintiff to see if the other parties consented. (R. Doc. 74). Per the court's instruction, Defendants advised Plaintiff there was no opposition to the extension as long as plaintiff agreed that the MTD could be filed later to avoid having to file multiple motions to address any additional allegations raised in an amended complaint. Plaintiff never responded to Defendants or the court's instruction and as a result this court dismissed Plaintiff's extension yesterday. (R. Doc. 75). As a result, Defendants now file this motion the day after the court dismissed Plaintiff's extension of the amended pleading deadline.

New Orleans, LA 70112
Telephone:     504-324-6493
Facsimile:     504-324-6626
Email:          kkirsch@wanekkirsch.com
                speterson@wanekkirsch.com
                normond@wanekkirsch.com
*Attorneys for Defendant Tafari Beard*

**RESPECTFULLY SUBMITTED:**
**JOHN S. MCLINDON**
**PARISH ATTORNEY**

**/s/ Michael P. Schillage**
**Michael P. Schillage (#35554)**
**Section Chief of Litigation**
222 St. Louis Street, Suite 902
Baton Rouge, Louisiana 70802
Telephone:     (225) 389-3114
Facsimile:     (225) 389-8736
Email: mschillage@brla.gov
*Attorney for the City of Baton Rouge/Parish of*
*East Baton Rouge*

Respectfully submitted,

/s/ Grant L. Willis
Michael S. Walsh (#08500)
Grant L. Willis, Bar (#34820)
Taylor, Porter, Brooks & Phillips, L.L.P.
450 Laurel Street, 8th Floor, (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone:  (225) 387-3221
Facsimile:  (225) 346-8049
Email: michael.walsh@taylorporter.com
grant.willis@taylorporter.com
Counsel for Defendant, Murphy Paul

Respectfully Submitted:

/s/ Corey L. Pierce
MICHAEL R. D. ADAMS, La. Bar Roll No. 18756
BRANDON J. DeCUIR, La. Bar Roll No: 28014
COREY L. PIERCE, La. Bar Roll No.: 24601
732 North Boulevard

2

Baton Rouge, Louisiana 70802
Telephone:  225.346.8716
Facsimile:  225.336.1950
Attorney for Steven Nevels

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Pleading was forwarded to all counsel of record this 8th day of May, 2026, by filing electronically with the Clerk of Court using the CM/ECF system.


_____/s/ Kyle P. Kirsch_____