**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JASON JACKSON, | |
| Plaintiff, | |
| v. | No. 3:23-cv-01591 |
| MURPHY PAUL, et. al, | |
| Defendants. | Judge John W. deGravelles |
| | Magistrate Judge Erin Wilder-Doomes |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**
**OPPOSITION TO MOTIONS TO DISMISS**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Jason Jackson, who moves the Court for an extension of time (21 days) for Plaintiff to respond to Defendants' Motion to Dismiss (Rec. Doc. 76 and 77) pursuant to M.D. La. Local Civil Rule 7(a) for the following reasons:

1.    On May 8, 2026, Defendant Murphy Paul filed a motion to dismiss Plaintiff's complaint. Rec. Doc. 76.

2.    On May 8, 2026, Defendants Tafari Beard, City of Baton Rouge, Steven Nevels, Parish of East Baton Rouge and Murphy Paul filed a motion to dismiss Plaintiff's complaint and also filed a corrected version of their motion. Rec. Doc. 77 and 79.

3.    On May 11, 2026, a notice of briefing schedule was entered allowing Plaintiff 21 days from the filing of the motions to dismiss to file an opposition limited to 25 pages excluding

1

attachments and allowing the moving Defendants 14 days of the filing of the opposition to file a reply brief limited to 10 pages without leave of court required. Rec. Doc. 80.

4. Pursuant to M.D. La. Local Civil Rule 7(a), the undersigned certifies that there has been no previous extension of time sought by the Plaintiff to respond to the motions to dismiss filed by Defendants.

5.      Further, pursuant to M.D. La. Local Civil Rules 7(a) and 7(e), counsel for the parties have conferred, and Defendants confirmed consent to this request for an extension of time (21 days) to respond to the motions to dismiss so long as the briefing schedule is similarly adjusted to allow the filing of replies without required leave.

**WHEREFORE**, Plaintiff Jason Jackson, respectfully prays that this motion be granted such that the responsive pleading on Defendants' motions to dismiss be extended twenty-one days to June 19, 2026, and Defendants be allowed thereafter 14 days to reply without required leave.

Respectfully submitted,

/s/ Jessica F. Hawkins
Jessica F. Hawkins
P.O. Box 5072
Baton Rouge, LA  70802
T: (915) 217-9192
E: jessicahawkins0421@gmail.com

May 29, 2026